Emma Lowe, appellee, v. Lloyd W. Lowe, appellant.   Gen. No. 6,917.

Petition for alimony and solicitor's fees pending appeal from a decree for divorce in favor of complainant. Petition granted. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1921. Order modified and affirmed. Opinion filed November 2, 1921.

Granger & Nourie, for appellant.   John A. Mayhew and C. M. Clay Buntain, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. George Sheldon, plaintiff in error.   Gen. No. 6,931.

Prosecution for unlawfully selling intoxicating liquor and with keeping a nuisance by reason of such sales in his home. Defendant convicted and sentenced to fine and imprisonment and dwelling ordered closed until bond given. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed November 2, 1921.

George W. Field and Sidney H. Block, for plaintiff in error. Ashbel V. Smith and Albert Hall, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Cora Court, appellee, v. Peoria Railway Company, appellant.   Gen. No. 6,952.

Action for damages for injuries received by plaintiff in a collision between an automobile in which she was riding and defendant's street car. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1921. Reversed with finding of facts. Opinion filed November 2, 1921.

Hunter, Page & Kavanagh, for appellant.   Scholes & Pratt, for appellee; Herbert Brannon, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Dorothy Grimm, appellee, v. Henry Grimm, appellant.   Gen. No. 6,960.

Defendant was found guilty of contempt of court in failing to pay alimony and committed to jail pending payment of arrears. Appeal from the Circuit Court of Kane county; the Hon. A. C. Cliffe, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed November 2, 1921.

Charles H. Darling, for appellant.   J. Bruce Amell, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.